UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00641-MWF                                      Date: 08/22/2025

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter N/A                                      Language N/A

| Connie Chung | 08/22/2025 | Patrick Burns |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  DFPD

Melvin Louis Hughes                                Jacquelyn Sara Marrinson

**Proceedings: Arraignment of**      ✔  **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                    **Initial Appearance**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/14/2025 8:30 AM;
Status Conference: 09/08/2025 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA          PSAED          PSASA
   ✔ USMLA           USMED          USMSA          Initial Appearance/Appointment of Counsel: 00   : 00
      Statistics Clerk                    Interpreter                 **Arraignment:** 00   : 02
      CJA Supervising Attorney       Fiscal            **Initials of Deputy Clerk:** CC by TRB